**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO.  1:04CV212**


| | |
|---|---|
| **DARRELL BEAM, as Guardian ad Litem for Christopher Beam,**        **Plaintiff,** | ) )<br>) ) |
| **Vs.** | )   <u>**J U D G M E N T**</u><br>) |
| **JO ANNE B. BARNHART, Commissioner of Social Security,**        **Defendant.** | ) ) ) ) |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for summary judgment is **DENIED**; the Defendant's motion for summary judgment is **ALLOWED**; the decision of the Commissioner denying benefits to the Plaintiff is **AFFIRMED**, and this matter is hereby **DISMISSED ON THE MERITS** in its entirety.

Signed: January 25, 2006

Lacy H. Thornburg
United States District Judge